IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS NOBLE | § | PLAINTIFF |
| | § | |
| V. | § | 1:04CV577LG-RHW |
| | § | |
| INGALLS SHIPBUILDING | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Defendant's Motion for Summary Judgment, and the Court, after a full review and consideration of the motions, responses, and rebuttals, the pleadings on file, summary judgment evidence, and the relevant legal authority, concludes that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED,** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendant pursuant to FED. R. CIV. P. 56 on Plaintiff's claim.

**SO ORDERED AND ADJUDGED** this the 29th day of March, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE